**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 27, 2016

Mr. Richard T. Ponsetto, Jr.
2425 South Linden Road
Suite C
Flint, MI 48532

Mr. Michael Edward Tindall
Law Offices
P.O. Box 46564
Mount Clemens, MI 48046

Re:  Case No. 16-1535, *Michael Mason, et al v. Diana Gentry*
     Originating Case No. : 2:15-cv-11531

Dear Counsel:

This appeal has been docketed as case number **16-1535** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

The following forms should be downloaded from the web site and filed with the Clerk's office by **May 11, 2016**.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations (if applicable) |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations (if applicable) |
| | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely yours,

        s/Karen S. Fultz
        Case Manager
        Direct Dial No. 513-564-7036

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 16-1535

In re: DIANA KAYE GENTRY

    Debtor

-------------------------------

MICHAEL A. MASON; BARBARA DUGGAN

    Appellants

v.

DIANA KAYE GENTRY

    Appellee