UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: 16-1535

Case Name: IN RE GENTRY, MASON/DUGGAN V. GENTRY

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

DIANA K. GENTRY, DEBTOR

1. WHETHER THE DISTRICT COURT'S FAILURE TO COMPLY WITH ITS OWN LOCAL, RULES REQUIRING NOTICE AND HEARING, DENIED APPELLANTS DUE PROCESS.
2. WHETHER THE DISTRICT COURT ERRED, AS A MATTER OF LAW, BY DISMISSING AN APPEAL BY ORDER "DENYING LEAVE TO APPEAL":
   *AFTER LEAVE TO APPEAL HAD ALREADY BEEN GRANTED AND APPELLATE JURISDICTION ATTACHED
   *AFTER THE APPEAL HAD BEEN FULLY PERFECTED AND BRIEFED, AS ORDERED BY THE COURT
   * WITHOUT MOTION, NOTICE OR HEARING.
3. WHETHER SUMMARY JUDGMENT REVOKING DEBTOR'S DISCHARGE SHOULD HAVE BEEN GRANTED, BY THE BANKRUPTCY COURT, BASED ON DEBTOR'S RECORD ADMISSIONS, IN OPEN COURT, OF:
   * ACTS OF FEDERAL BANKRUPTCY FRAUD REGARDING PROPERTY OF THE BANKRUPT ESTATE
   * FRAUDULENT INTENT TO DEFRAUD THE BANKRUPTCY ESTATE AND CONVERT "PROFIT" ON ESTATE ASSETS FROM THE TRUSTEE/ESTATE TO THE DEBTOR [GENTRY] AND HER ACCOMPLICE [WYMAN]
4. WHETHER THE BANKRUPTCY COURT'S ORDER DENYING SUMMARY JUDGMENT, PRESENTING A PURE QUESTION OF LAW, WAS - THEREFORE - A FINAL ORDER BECAUSE:
   * DEBTOR ADMITTED, ON THE RECORD IN OPEN COURT, FRAUDULENT ACT(S)
   * DEBTOR ADMITTED, ON THE RECORD IN OPEN COURT, FRAUDULENT INTENT
   * DEBTOR FAILED, UNDER FRCP 56(e), TO SUBMIT ANY EVIDENCE OF A GENUINE DISPUTE OF MATERIAL FACT FOR TRIAL

This is to certify that a copy of this statement was served on opposing counsel of record this 9TH day of MAY, 2016.

_____
Name of Counsel for Appellant

6CA-53
Rev. 6/08