RECEIVED
JUN - 6 2016
DEBORAH S. HUNT, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: 16-1535

Case Name: IN RE GENTRY, MASON/DUGGAN V GENTRY

Is this case a cross appeal? ☐ Yes  ☒ No
Has this case or a related one been before this court previously? ☐ Yes ☐ No
If yes, state:
 Case Name: _____ Citation: _____
 Was that case mediated through the court's program? ☐ Yes ☒ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

DIANA K GENTRY, DEBTOR

1. DID THE ORDER IN QUESTION DISPOSE OF FEWER THAN ALL OF THE CLAIMS INVOLVED IN THIS ACTION AND IT DID NOT DIRECT ENTRY OF A FINAL, APPEALABLE JUDGMENT
2. DID DISTRICT COURT PROPERLY DENY A MOTION FOR LEAVE TO FILE AN INTERLOCUTORY BANKRUPTCY APPEAL
3. DID APPELLANTS FAILURE TO FILE A TRANSCRIPT OF THE BANKRUPTCY COURTS OPINION MEAN THAT APPELLANT DID NOT MEET THEIR HIGH BURDEN IN SHOWING THAT AN INTERLOUTORY APPEAL SHOULD BE GRANTED
4. IS THE APPELLANT APPEAL A FRIVOLOUS AND VEXATIOUS APPEAL

This is to certify that a copy of this statement was served on opposing counsel of record this 4TH day of JUNE, 2016.

DIANA GENTRY, Pro Se
Name of Counsel for Appellant

*[signature: Diana Gentry, Pro Se]*

6CA-53
Rev. 6/08

**PRIORITY MAIL** — FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*
APPLY PRIORITY MAIL POSTAGE HERE

U.S. POSTAGE PAID
HOWELL, MI 48843
JUN 03 16
AMOUNT
$6.45
R2305H129565-05

[return address, handwritten]
P3 O Hogan
Howell MI 48843

M. Clarh
US Court - 6th Circuit
540 Potter Street - US Courthouse
100 E. Fifth Street
Cincinati Ohio 45202

Expected Delivery Day: 06/06/2016
USPS TRACKING NUMBER
9505 5120 0822 6155 1172 30

* For international shipments, the maximum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5